AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>**RAUL REYES VAZQUEZ**<br><br>*Defendant(s)* | Case No.  6:22-mj- 1153 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __02/16/2022 and 02/22/2022__ in the county of __Orange__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | Bank robbery |

This criminal complaint is based on these facts:

See the attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brandan Bottom, Task Force Officer - FBI
*Printed name and title*

Sworn to before me over the Zoom/telephone
and signed by me pursuant to Fed.R.Crim. P. 4.1 and 4(d).

Date: 2/25/22

_____
*Judge's signature*

City and state: Orlando, Florida

Hon. Leslie Hoffman Price, U.S. Magistrate Judge
*Printed name and title*

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: EdwardJackson

UNITED STATES DISTRICT COURT
MIDDLE DISTRCT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>RAUL REYES VAZQUEZ | Case No. 6:22-mj- 1153<br><br>~~FILED UNDER SEAL~~ |

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

I, Brandan Bottom, being duly sworn, state the following:

### Agent Background

1. I am a Task Force Officer ("TFO") with the Federal Bureau of Investigation ("FBI"), and have been since April 2013. I have been employed by the Orlando Police Department ("OPD") since May 2005 and am assigned to the OPD Criminal Investigations Division. Prior to being a TFO, I was assigned to the Orlando Police Department TAC unit. During this time I was responsible for investigating street level violent crime while being tasked to locate and arrest violent offenders. I have received extensive training pertaining to investigating criminal street gangs and violent crime organizations. I have been the co-bank robbery coordinator for the Orlando division of the FBI since 2017. I have participated in investigations involving, among other offenses, armed robbery, conspiracy, murder, witness tampering, home invasion, human trafficking, and money laundering.

2. My training and experience as an Orlando Police officer and an FBI TFO, together with the facts set forth herein, form the basis of my opinions and conclusions in this affidavit.

## Purpose of Affidavit

3. The information set forth herein is based on the following: (a) my own personal observations; (b) information that I received from other law enforcement officers involved in this investigation, including by reviewing official reports prepared by other law enforcement officers; (c) interviews of witnesses and the review of reports summarizing the interviews of witnesses; and (d) information provided to me by law enforcement officials who met with and interviewed said witnesses.

4. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each and every fact that I learned as a result of this investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause that a violation of federal law has been committed. Unless otherwise noted, all statements of other persons described in this affidavit are set forth in substance and in part, rather than verbatim.

5. As set forth below, there is probable cause to believe that on or about February 16, 2022, and on or about February 22, 2022, in the Middle District of Florida, RAUL REYES VAZQUEZ ("REYES VAZQUEZ") committed bank robbery, in violation of 18 U.S.C. § 2113(a).

## Probable Cause Basis

## Robbery of Trustco Bank Orlando, Florida on February 16, 2022

6. On February 16, 2022, at approximately 9:31 a.m., officers with the Orlando Police Department (OPD) responded to a Trustco Bank located in Orlando, in reference to a robbery. When officers arrived, they spoke with witnesses/bank tellers S.G. and R.D., who described the events of that day and provided sworn written statements.

7. S.G. stated that on February 16, 2022, at approximately 9:27 a.m., he was on the phone when a male subject who was wearing a gray hat, dark gray sweater, dark jeans and a backpack came into the branch and casually paced back and forth in their lobby. The male subject was later identified as REYES VAZQUEZ. When S.G. finished with the call, he approached REYES VAZQUEZ, who announced that this was a robbery. REYES VAZQUEZ then grabbed S.G. by the arm and again announced this was a robbery. REYES VAZQUEZ walked S.G. over to the teller window and told R.D. that if he did not give him the money, he would shoot S.G. R.D. believed REYES VAZQUEZ and feared that REYES VAZQUEZ would shoot S.G. So R.D. gave REYES VAZQUEZ $4,200 in US currency. REYES VAZQUEZ then grabbed the money and left the building.

8. A review of Trustco Bank's video surveillance system showed REYES VAZQUEZ enter the bank and commit the robbery as described by R.D. and S.G. REYES VAZQUEZ was not wearing gloves and could be seen

3

touching numerous objects, including the plexiglass between R.D. and REYES VAZQUEZ. Orlando Police Crime Scene Investigators responded and processed the bank for evidence. A latent print was lifted from the plexiglass where the video surveillance showed the suspect touch. This latent print was run in the Automatic Fingerprint Identification System (AFIS) for comparison.

9. On February 22, 2022, this latent print registered an AFIS hit to REYES VAZQUEZ; this hit was later confirmed by the Orange County Sheriff Office Latent Print Unit. A canvass of neighboring businesses was done for any video surveillance. Behind the Trustco Bank is an apartment complex. In the video surveillance at the complex, REYES VAZQUEZ is observed arriving at the complex before the robbery and leaving from the complex after the robbery in a silver four-door vehicle. This vehicle appeared to be a Honda Civic that was manufactured between 2012 and 2015 due to the vehicle's body, front bumper, taillights, and wheels. A check of REYES VAZQUEZ within the Florida DAVID system revealed that REYES VAZQUEZ is the registered owner of a 2014 silver Honda Civic (bearing Florida tag 95AQQM) ("REYES VAZQUEZ's vehicle").

### Robbery of Wells Fargo in Orlando, Florida on February 22, 2022

10. On Tuesday, February 22, 2022, at approximately 1:15 p.m., Orange County Deputies responded to a Wells Fargo Bank located in Orlando in reference to an alarm from a bank teller. At about this same time, the Orange County Sheriff's Office received a call stating that the bank had just been robbed.

4

11. While on the scene, detectives met with the bank teller, who stated an older Hispanic male, later identified as REYES VAZQUEZ, wearing a grey hat, blue jacket, and a medical mask approached the window. REYES VAZQUEZ asked if he could open an account; in return, the teller stated he would have to schedule a meeting with an account specialist. While reviewing the calendar to assist REYES VAZQUEZ further, the teller noticed the Hispanic male approach the window again. This time REYES VAZQUEZ whispered to the teller, "this is a robbery; give me all the money, big bills, or I will start shooting everyone." When REYES VAZQUEZ said this, he turned around, pointed at different persons inside the bank, and motioned towards his backpack. The teller emptied her drawer and provided it to REYES VAZQUEZ out of fear. This amount was $1,215.

12. Next, REYES VAZQUEZ saw another teller behind the glass sorting through cash to be placed inside the bank vault. REYES VAZQUEZ repeated his demands again. Once again, out of fear, the bank teller complied and provided the cash to REYES VAZQUEZ. This cash was separated into two "bricks" of 20 Dollar bills. Each "brick" contained $20,000, totaling $40,000. Finally, REYES VAZQUEZ saw another teller counting petit cash. REYES VAZQUEZ made demands and the teller complied by giving him the cash. After obtaining a total of $43,695 in US currency, REYES VAZQUEZ fled the store and made a left out of the front doors. Employees saw REYES VAZQUEZ

fleeing westbound through the parking lot and entering a silver four-door sedan, resembling REYES VAZQUEZ's vehicle.

13. A comparison of surveillance footage of the February 22 robbery and the robbery on February 16 appears to show the same individual committing both robberies using the same modus operandi in each incident and leaving the scene in the same vehicle. Orange County Deputies conducted a photographic lineup with a Wells Fargo Bank teller working on February 22, 2022. The teller positively identified REYES VAZQUEZ as the individual who entered the bank and committed the robbery.

14. REYES VAZQUEZ has a criminal history that includes multiple bank robberies. REYES VAZQUEZ, under the name Raul Reyes, was convicted in the United States District Court for the Southern District of New York for a robbery that occurred on or about July 28, 2008. On or about April 12, 2010, REYES VAZQUEZ was sentenced to 188 months in federal prison for that bank robbery. *See United States v. Reyes*, Case No. 1:08-cr-00983. Since October 2021, REYES VAZQUEZ has been under federal supervised release in Tampa, Florida. *See United States v. Reyes*, 8:20-cr-00166. Prior to his federal conviction, REYES VAZQUEZ committed multiple other bank robberies in south Florida for which he was later convicted.

15. The Trustco and Wells Fargo Banks in Orlando, Florida listed above were insured by the Federal Deposit Insurance Corporation at the times of the aforementioned incidents.

## Conclusion

16. Based on the foregoing facts and evidence, I believe that probable cause exists to charge REYES VAZQUEZ with two counts of bank robbery in violation of 18 U.S.C. § 2113(a).

This concludes my affidavit.

_____
Brandan Bottom
Task Force Officer
Federal Bureau of Investigation

Affidavit submitted by email and attested to me
as true and accurate via telephone or video conference,
consistent with Fed. R. Crim. P. 4.1 and 4(d), before me
this 25th day of February 2022.

_____
LESLIE HOFFMAN PRICE
United States Magistrate Judge

7